## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **WILLIE HENSLEY** | **CIVIL ACTION** |
| **VERSUS** | **No. 23-2066** |
| **YOLANDA DUPATY ZEIGLER** | **SECTION I** |

## <u>ORDER</u>

On December 17, 2024, the United States Magistrate Judge (the "Magistrate Judge") provided a Report and Recommendation[1] in response to an order[2] that defendants Yolanda Dupaty-Zeigler ("Ms. Zeigler") and GAVCAM Enterprises, LLC (collectively, "defendants") show cause why the Magistrate Judge should not recommend striking defendants' affirmative defenses and/or recommend that the Court render a default judgment against defendants pursuant to Federal Rule of Civil Procedure 37(b)(2)(A)(iii) – (iv). The Court, after considering the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date the parties have filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation as amended herein and adopts it as its opinion.

**IT IS ORDERED** that defendants are precluded from entering into evidence at the trial in this matter any documents and/or testimony that was not produced and/or not disclosed during the discovery process.

---

[1] R. Doc. No. 73.
[2] R. Doc. No. 62.

**IT IS FURTHER ORDERED** that should plaintiff Willie Hensley ("plaintiff")

offer evidence to prove the existence of a contract between plaintiff and Ms. Zeigler,

defendants are prohibited from offering evidence that contradicts the existence of a

contract or the terms of the contract as they are presented by plaintiff. Ms. Zeigler,

however, is permitted to cross examine plaintiff's witnesses regarding the existence

and/or terms of the contract.

New Orleans, Louisiana, January 27, 2025.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**

2